IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:12-CR-0269-RWS |
| MATHIAS THOMAS KOPP , | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This case is before the Court following a Remand [55] from the Eleventh Circuit Court of Appeals. The case was remanded to allow this Court to issue a final ruling on Defendant's Motion to Dismiss the Indictment for lack of jurisdiction or improper venue. After reviewing the record, the Judgment and Commitment [35] entered September 19, 2013, is hereby **VACATED**. The Court has reviewed the Report and Recommendation [22] of Magistrate Judge Janet F. King and Defendant's Objections [26] thereto and receives the Report and Recommendation with approval and adopts it as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Dismiss the Indictment [17] is hereby **DENIED**.

AO 72A
(Rev.8/82)

Having addressed the issue which is the subject of the remand of the case, the Judgment and Commitment [35] previously entered shall be **REINSTATED**.[1] The Defendant is hereby advised that he shall have fourteen (14) days from the date of entry of this Order in which to file a notice of appeal.

**SO ORDERED** this  21st  day of May, 2014.

_____
**RICHARD W. STORY**
United States District Judge

---

[1] Defendant shall receive credit for the service of the custodial portion of his sentence. The Court's December 20, 2013 Order [53] revoking Defendant's supervised release and imposing additional conditions of supervised release is also **REINSTATED**. Defendant shall receive credit for the custodial portion of that revocation that he has already served and shall comply with the modified conditions of supervision as set out therein.